## V. STATEMENT OF CLAIM

Place(s) of occurrence: Catawba County Detention

Date(s) of occurrence: July 11, 2025 - April 26, 2026

State which of your federal constitutional or federal statutory rights have been violated:

Concerning Our Conditions and Treatment in the County Jail of Catawba County

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

I feel Our "Conditions" and Treatment is "Cruel & Unusual" the way the (Constitutional Rights) are being handled. 1. No body is hardly handed a "Motion of discovery" 2. No body is getting (Bond Hearings) No body is barely making it to Court on there giving Court Dates. No Pre-liminary Hearings, we are barely making (Probable Cause) Court Dates! Also they are taking all our Privaleges, Whenever you get Sea Time, facility will take your Mattress from 6am-10am, why they have stripped us of everything else! Alot of "Racial Tension" electric waves In this County

<table>
<tr><td>Who<br>did what to<br>you?</td></tr>
</table>

**What happened to you?**

Well everytime im writing our trying to get a hold of clerk of court, or any other legal help its like no one gives a legal turning frition about us. once we are behind Catawba County Detention facility Walls! We are constantly having family, friends, and wives, girlfriends, ETC... Not responding, Not discussing Cases with Public Appointed Attorney.

**When did it happen to you?**

this Problem has been carrying on for us in this facility and no one hasn't came to our Rescue blues? Sad right? this issue started July 12, 2025 the day I became a Inmate Here, and has continye every since July 24, 2025 - April 24, 2026.

**Where did it happen to you?**

In the County of Catawba Detention Center of North Carolina.

Case 5:26-cv-00147-FDW    Document 1    Filed 05/04/26    Page 2 of 6

| What was your injury? |
| --- |

Depression, stress, Anxiety

Mentally HURT

getting mentally scarred with Jail attentions, turning into a misfit worrying about my case and crying out to a genuine supportive helpful "bona fide" Lawyer or ATTORNEY or News Reporter, to feel some kind of Empathy for most of us!

JUSTICE Please

John Stephen

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

    If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No

    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

JUSTICE, and a Peace of mind and a Nice Small Claim Lump Sum for the Days, Wks, Months I spent suffering when I could've been Free and Kind a Honest 9th5. Positive Strong Job.

Case 5:26-cv-00147-FDW    Document 1    Filed 05/04/26    Page 4 of 6

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

        If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX.   PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

04-25-26
_____
Dated

_____
Plaintiff's Signature

John Stevenson
_____
Printed Name

#26216400000
_____
Prison Identification #

100-B South West Blvd.   Newton ,   NC   28658
_____
Prison Address                              City                         State      Zip Code